## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VICTAULIC COMPANY, | |
| Plaintiff, | |
| v. | Civil Action No. 1:20-cv-00887-CFC |
| ASC ENGINEERED SOLUTIONS, LLC, | |
| Defendant. | JURY TRIAL DEMANDED |
| ASC ENGINEERED SOLUTIONS, LLC, | |
| Counterclaim-Plaintiff, | |
| v. | |
| VICTAULIC COMPANY, | |
| Counterclaim-Defendant. | |

## DEFENDANT'S MOTION FOR BIFURCATION

Defendant ASC Engineered Solutions, LLC ("ASC"), respectfully moves the Court to bifurcate the contract issues from the patent issues in this case. The grounds for this motion are set forth in ASC's opening brief and supporting materials filed concurrently herewith. A proposed order is attached.

1

Dated: July 21, 2022

Respectfully submitted,

MORRIS JAMES LLP

  */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
500 Delaware Ave., Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

TAYLOR ENGLISH DUMA LLP
Todd E. Jones (*pro hac vice*)
Jeffrey R. Kuester (*pro hac vice*)
Coby S. Nixon (*pro hac vice*)
Seth K. Trimble (*pro hac vice*)
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
(770) 434-6868
tjones@taylorenglish.com
jkuester@taylorenglish.com
cnixon@taylorenglish.com
strimble@taylorenglish.com

*Attorneys for Defendant and*
*Counterclaim-Plaintiff ASC Engineered*
*Solutions, LLC*

2

**CERTIFICATION PURSUANT TO D. DEL. LOCAL RULE 7.1.1**

Pursuant to D. Del. Local Rule 7.1.1, counsel for Defendant have made reasonable efforts to reach agreement with counsel for Plaintiff on the matters provided in this motion. Plaintiff remains opposed to Defendant's motion.

Dated: July 21, 2022                    Respectfully submitted,

                                        MORRIS JAMES LLP

                                        */s/ Kenneth L. Dorsney*
                                        Kenneth L. Dorsney (#3726)
                                        Cortlan S. Hitch (#6720)
                                        500 Delaware Ave., Suite 1500
                                        Wilmington, DE 19801-1494
                                        (302) 888-6800
                                        kdorsney@morrisjames.com
                                        chitch@morrisjames.com

                                        *Attorneys for Defendant and Counterclaim-
                                        Plaintiff ASC Engineered Solutions, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VICTAULIC COMPANY, | |
| Plaintiff, | |
| v. | Civil Action No. 1:20-cv-00887-CFC |
| ASC ENGINEERED SOLUTIONS, LLC, | |
| Defendant. | JURY TRIAL DEMANDED |
| ASC ENGINEERED SOLUTIONS, LLC, | |
| Counterclaim-Plaintiff, | |
| v. | |
| VICTAULIC COMPANY, | |
| Counterclaim-Defendant. | |

## [PROPOSED] ORDER

Having considered Defendant ASC Engineered Solutions, LLC's ("ASC") Motion for Bifurcation and the opposition thereto,

IT IS HEREBY ORDERED that ASC's Motion for Bifurcation is GRANTED; and

IT IS HEREBY FURTHER ORDERED that:

The contract issues shall be tried separately from the patent issues, with contract issues to be tried first, and issues of infringement, invalidity, damages, and willfulness tried only if there is a finding that the allegedly infringing conduct is unauthorized.

IT IS SO ORDERED, this _____ day of _____, 2022.

_____
Hon. Colm F. Connolly
United States District Chief Judge