IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VICTAULIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-887 (CFC) (JLH) |
| | ) | |
| ASC ENGINEERED SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ASC ENGINEERED SOLUTIONS, LLC, | ) | |
| | ) | |
| Counterclaim-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VICTAULIC COMPANY, | ) | |
| | ) | |
| Counterclaim-Defendant. | ) | |

**[PLAINTIFF'S PROPOSED] VERDICT FORM**

1

**Instructions:** When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Please refer to the Jury Instructions for guidance on the law applicable to the subject matter covered by each question.[1]

---

[1] The following is subject to separation and revision depending on the Court's resolution of the parties' pending motions, particularly Victaulic's motion for summary judgment (D.I. 193, 197, 201), ASC's motion to exclude certain expert opinions (D.I. 212), ASC's motion for bifurcation (D.I. 258), and the parties' motions *in limine* (Exs. 15-16 to Proposed Joint Pretrial Order). The parties also intend to further narrow the issues to be tried as trial approaches.

## I. FINDINGS ON INFRINGEMENT

**Question 1 (Direct Infringement):** Did Victaulic prove, by a preponderance of the evidence, that ASC's combination of its SLT products with a second pipe element directly infringes any of the claims of the '796 Patent listed below?

("YES" is a finding in favor of Victaulic, and "NO" is a finding in favor of ASC. *See* Jury Instructions Section __)

|  | YES (for Victaulic) | NO (for ASC) |
|---|---|---|
| Claim 1 | | |
| Claim 2 | | |
| Claim 3 | | |
| Claim 4 | | |
| Claim 5 | | |
| Claim 7 | | |
| Claim 9 | | |
| Claim 11 | | |
| Claim 12 | | |
| Claim 13 | | |
| Claim 14 | | |
| Claim 18 | | |
| Claim 19 | | |
| Claim 21 | | |
| Claim 22 | | |
| Claim 23 | | |

3

|  | **YES**<br>(for Victaulic) | **NO**<br>(for ASC) |
|---|---|---|
| Claim 24 |  |  |
| Claim 25 |  |  |
| Claim 28 |  |  |
| Claim 30 |  |  |
| Claim 31 |  |  |
| Claim 33 |  |  |
| Claim 34 |  |  |
| Claim 35 |  |  |
| Claim 41 |  |  |
| Claim 44 |  |  |

**Question 2 (Induced Infringement):** Did Victaulic prove, by a preponderance of the evidence, that ASC indirectly infringed the '796 Patent by inducing another person or entity to combine its SLT products with a second pipe element in a manner that directly infringes any the claims of the '796 Patent listed below?

("YES" is a finding in favor of Victaulic, and "NO" is a finding in favor of ASC. *See* Jury Instructions Section __)

|  | YES (for Victaulic) | NO (for ASC) |
|---|---|---|
| Claim 1 | | |
| Claim 2 | | |
| Claim 3 | | |
| Claim 4 | | |
| Claim 5 | | |
| Claim 7 | | |
| Claim 9 | | |
| Claim 11 | | |
| Claim 12 | | |
| Claim 13 | | |
| Claim 14 | | |
| Claim 18 | | |
| Claim 19 | | |
| Claim 21 | | |
| Claim 22 | | |
| Claim 23 | | |

4

|  | YES (for Victaulic) | NO (for ASC) |
|---|---|---|
| Claim 24 | | |
| Claim 25 | | |
| Claim 28 | | |
| Claim 30 | | |
| Claim 31 | | |
| Claim 33 | | |
| Claim 34 | | |
| Claim 35 | | |
| Claim 41 | | |
| Claim 44 | | |

Continue to the next section.

**Question 3 (Contributory Infringement):** Did Victaulic prove, by a preponderance of the evidence, that ASC's SLT Products indirectly infringed the '796 Patent by contributing to another person or entity's direct infringement of any of the claims of the '796 Patent listed below?

("YES" is a finding in favor of Victaulic, and "NO" is a finding in favor of ASC. *See* Jury Instructions Section __)

|  | YES (for Victaulic) | NO (for ASC) |
|---|---|---|
| Claim 1 |  |  |
| Claim 2 |  |  |
| Claim 3 |  |  |
| Claim 4 |  |  |
| Claim 5 |  |  |
| Claim 7 |  |  |
| Claim 9 |  |  |
| Claim 11 |  |  |
| Claim 12 |  |  |
| Claim 13 |  |  |
| Claim 14 |  |  |
| Claim 18 |  |  |
| Claim 19 |  |  |
| Claim 21 |  |  |
| Claim 22 |  |  |
| Claim 23 |  |  |

|          | YES<br>(for Victaulic) | NO<br>(for ASC) |
|----------|------------------------|-----------------|
| Claim 24 |                        |                 |
| Claim 25 |                        |                 |
| Claim 28 |                        |                 |
| Claim 30 |                        |                 |
| Claim 31 |                        |                 |
| Claim 33 |                        |                 |
| Claim 34 |                        |                 |
| Claim 35 |                        |                 |
| Claim 41 |                        |                 |
| Claim 44 |                        |                 |

Continue to the next section.

## II. FINDINGS ON CONTRACT ISSUES

**Question 4 (License Defense):** Did ASC prove, by a preponderance of the evidence, that the SLT Products are licensed by the Settlement Agreement?

("YES" is a finding in favor of ASC, and "NO" is a finding in favor of Victaulic. *See* Jury Instructions Section __)

| YES (for ASC) | NO (for Victaulic) |
|---|---|
|  |  |

If you answered "No" to Question 4, please skip to Section III. If you answered Yes to Question 4, please continue to Question 5.

**Question 5 (Breach of Contract):**  Did ASC prove, by a preponderance of the evidence, that Victaulic breached the Settlement Agreement by suing ASC for infringement by the SLT Products?

("YES" is a finding in favor of ASC, and "NO" is a finding in favor of Victaulic. *See* Jury Instructions Section __)

| YES (for ASC) | NO (for Victaulic) |
|---|---|
|  |  |

Please continue to the next section.

## III. FINDINGS ON VALIDITY

**Question 6 (Validity – Indefiniteness):** Did ASC prove, by clear and convincing evidence, that any of the claims of the '796 Patent listed below are invalid for indefiniteness?

(If you find the claim invalid for indefiniteness, answer "YES," otherwise answer "NO." "YES" is a finding in favor of ASC, and "NO" is a finding in favor of Victaulic. *See* Jury Instructions Section __)

|  | YES (for ASC) | NO (for Victaulic) |
|---|---|---|
| Claim 1 | | |
| Claim 2 | | |
| Claim 3 | | |
| Claim 4 | | |
| Claim 5 | | |
| Claim 7 | | |
| Claim 9 | | |
| Claim 11 | | |
| Claim 12 | | |
| Claim 13 | | |
| Claim 14 | | |
| Claim 18 | | |
| Claim 19 | | |
| Claim 21 | | |
| Claim 22 | | |

|  | YES<br>(for ASC) | NO<br>(for Victaulic) |
|---|---|---|
| Claim 23 |  |  |
| Claim 24 |  |  |
| Claim 25 |  |  |
| Claim 28 |  |  |
| Claim 30 |  |  |
| Claim 31 |  |  |
| Claim 33 |  |  |
| Claim 34 |  |  |
| Claim 35 |  |  |
| Claim 41 |  |  |
| Claim 44 |  |  |

Continue to the next section.

**Question 7 (Validity – Obviousness)**: Did ASC prove, by clear and convincing evidence, that any of the claims of the '796 Patent listed below are invalid for obviousness?

(If you find the claim invalid for obviousness, answer "YES," otherwise answer "NO." "YES" is a finding in favor of ASC, and "NO" is a finding in favor of Victaulic. *See* Jury Instructions Section __)

|  | **YES** (for ASC) | **NO** (for Victaulic) |
|---|---|---|
| Claim 1 | | |
| Claim 2 | | |
| Claim 3 | | |
| Claim 4 | | |
| Claim 5 | | |
| Claim 7 | | |
| Claim 9 | | |
| Claim 11 | | |
| Claim 12 | | |
| Claim 13 | | |
| Claim 14 | | |
| Claim 18 | | |
| Claim 19 | | |
| Claim 21 | | |
| Claim 22 | | |
| Claim 23 | | |

13

|  | **YES** (for ASC) | **NO** (for Victaulic) |
|---|---|---|
| Claim 24 |  |  |
| Claim 25 |  |  |
| Claim 28 |  |  |
| Claim 30 |  |  |
| Claim 31 |  |  |
| Claim 33 |  |  |
| Claim 34 |  |  |
| Claim 35 |  |  |
| Claim 41 |  |  |
| Claim 44 |  |  |

## IV.   FINDINGS ON DAMAGES AND WILLFULNESS

If you found at least one of the claims of the '796 Patent to be valid and infringed, and you answered "No" to question 4, please answer Questions 8 through 10.

Otherwise, skip to the signature page.

**Question 8 (Damages – Lost Profits):**  What amount of damages in lost profits, if any, do you determine would compensate Victaulic for ASC's infringement through trial?

(<i>See</i> Jury Instructions Sections __)

$ _____

**Question 9 (Damages – Reasonable Royalty):**  For any infringing acts as to which you find Victaulic is not entitled to damages for lost profits, what amount of damages in the form of a reasonable royalty do you determine would compensate Victaulic for ASC's infringement through trial?

(<i>See</i> Jury Instructions Section __)

$ _____

**Question 10 (Willfulness):**  Did Victaulic prove by a preponderance of the evidence that ASC's infringement was willful?

(<i>See</i> Jury Instructions Section __)

| YES<br>(for Victaulic) | NO<br>(for ASC) |
|---|---|
|  |  |

You have now reached the end of the verdict form, and you should review it to ensure that it accurately reflects your unanimous determinations. All jurors should then sign the verdict form in the space below and notify the Court Security Officer that you have reached a verdict. The Foreperson should retain possession of the verdict form and bring it to the courtroom with the jury.

      Dated: _____

      Signed: