IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VICTAULIC COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 20-887 (CFC) (JLH) |
| ASC ENGINEERED SOLUTIONS, LLC, | ) |
| Defendant. | ) |
| ASC ENGINEERED SOLUTIONS, LLC, | ) |
| Counterclaim-Plaintiff, | ) |
| v. | ) |
| VICTAULIC COMPANY, | ) |
| Counterclaim-Defendant. | ) |

**[DEFENDANT'S PROPOSED] VERDICT FORM**

1

**Instructions:** When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Please refer to the Jury Instructions for guidance on the law applicable to the subject matter covered by each question.[1]

---

[1] The following is subject to separation and revision depending on the Court's resolution of the parties' pending motions, particularly Victaulic's motions for summary judgment (D.I. 193, 197, 201), ASC's motion to exclude certain expert opinions (D.I. 212), ASC's motion for bifurcation (D.I. 258), and the parties' motions *in limine* (Exs. 15-16 to Proposed Joint Pretrial Order).

## I.     FINDINGS ON CONTRACT ISSUES

**Question 1 (Express License):** Did ASC prove, by a preponderance of the evidence, that Victaulic's infringement claims are barred by an express license granted to ASC under the Settlement Agreement?

(*See* Jury Instructions Section __)

| **YES** (for ASC) | **NO** (for Victaulic) |
|---|---|
|  |  |

**Question 2 (Implied License):** Did ASC prove, by a preponderance of the evidence, that Victaulic's infringement claims are barred by an implied license granted to ASC under the Settlement Agreement?

(*See* Jury Instructions Section __)

| **YES** (for ASC) | **NO** (for Victaulic) |
|---|---|
|  |  |

**Question 3 (Covenant Not to Sue):** Did ASC prove, by a preponderance of the evidence, that Victaulic's infringement claims are barred by the covenant not to sue in the Settlement Agreement?

(*See* Jury Instructions Section __)

| **YES** (for ASC) | **NO** (for Victaulic) |
|---|---|
|  |  |

**Question 4 (Breach of Contract):** Did ASC prove, by a preponderance of the evidence, that Victaulic breached the covenant not to sue in the Settlement Agreement by filing its complaint for patent infringement against ASC?

(*See* Jury Instructions Section __)

| YES<br>(for ASC) | NO<br>(for Victaulic) |
|---|---|
|  |  |

If you answered "YES" to Question 4, please proceed to Question 5.

If you answered "NO" to Question 4, please skip Question 5.

**Question 5 (Damages):** Did ASC prove, by a preponderance of the evidence, that it suffered damages as a direct result of Victaulic's breach of the Settlement Agreement?

(*See* Jury Instructions Section __)

| YES<br>(for ASC) | NO<br>(for Victaulic) |
|---|---|
|  |  |

If you answered "YES" to any of Questions 1, 2, 3, or 4, you must not answer any questions related to patent infringement and validity, or patent-infringement damages and willfulness. Please skip to the signature page.

Otherwise, continue to the next section.

3

## II.     FINDINGS ON INFRINGEMENT

**Question 6 (Direct Infringement):**  Did Victaulic prove, by a preponderance of the evidence, that ASC's combination of any of the following SLT products with a second pipe element directly infringes any of the claims of the '796 Patent listed below?

- FP7074SLT SlideLOK® Pre-Installed Cap & Coupling;
- SE5SLT SlideLOK® Pre-Installed End of Line Fitting;
- 20xxSF-SLT-xx-1 and -1.25 FLEXHEAD® SuperFlex ® Flexible Sprinkler Connections;
- FFP-xx-xx-SLT FlexHead Fire Pipe with SLT technology;
- FP7050SLT SlideLOK Preinstalled 90˚ Elbow and Coupling; and
- FP7060SLT SlideLOK Pre-Installed Tee & Coupling.

("YES" is a finding in favor of Victaulic, and "NO" is a finding in favor of ASC. *See* Jury Instructions Section __)

|  | If Yes, choose only one. | | NO |
|---|---|---|---|
|  | **YES** (literal infringement) | **YES** (under the doctrine of equivalents) | |
| Claim 1 | | | |
| Claim 2 | | | |
| Claim 3 | | | |
| Claim 4 | | | |
| Claim 5 | | | |
| Claim 7 | | | |
| Claim 9 | | | |
| Claim 11 | | | |
| Claim 12 | | | |

4

| | | | |
|---|---|---|---|
| Claim 13 | | | |
| Claim 14 | | | |
| Claim 18 | | | |
| Claim 19 | | | |
| Claim 21 | | | |
| Claim 22 | | | |
| Claim 23 | | | |
| Claim 24 | | | |
| Claim 25 | | | |
| Claim 28 | | | |
| Claim 30 | | | |
| Claim 31 | | | |
| Claim 33 | | | |
| Claim 34 | | | |
| Claim 35 | | | |
| Claim 41 | | | |
| Claim 44 | | | |

**Question 7 (Induced Infringement):** Did Victaulic prove, by a preponderance of the evidence, that ASC indirectly infringed the '796 Patent by actively inducing another person or entity to combine any of the SLT products listed below with a second pipe element in a manner that directly infringes any the claims of the '796 Patent listed below?

- FP7074SLT SlideLOK® Pre-Installed Cap & Coupling;
- SE5SLT SlideLOK® Pre-Installed End of Line Fitting;
- 20xxSF-SLT-xx-1 and -1.25 FLEXHEAD® SuperFlex ® Fllexible Sprinkler Connections;
- FFP-xx-xx-SLT FlexHead Fire Pipe with SLT technology;
- FP7050SLT SlideLOK Preinstalled 90˚ Elbow and Coupling; and
- FP7060SLT SlideLOK Pre-Installed Tee & Coupling.

("YES" is a finding in favor of Victaulic, and "NO" is a finding in favor of ASC. *See* Jury Instructions Section __)

|  | If Yes, choose only one. ||  |
|---|---|---|---|
|  | **YES** (literal infringement) | **YES** (under the doctrine of equivalents) | **NO** |
| Claim 1 |  |  |  |
| Claim 2 |  |  |  |
| Claim 3 |  |  |  |
| Claim 4 |  |  |  |
| Claim 5 |  |  |  |
| Claim 7 |  |  |  |
| Claim 9 |  |  |  |
| Claim 11 |  |  |  |
| Claim 12 |  |  |  |
| Claim 13 |  |  |  |

| | | | |
|---|---|---|---|
| Claim 14 | | | |
| Claim 18 | | | |
| Claim 19 | | | |
| Claim 21 | | | |
| Claim 22 | | | |
| Claim 23 | | | |
| Claim 24 | | | |
| Claim 25 | | | |
| Claim 28 | | | |
| Claim 30 | | | |
| Claim 31 | | | |
| Claim 33 | | | |
| Claim 34 | | | |
| Claim 35 | | | |
| Claim 41 | | | |
| Claim 44 | | | |

Continue to the next section.

**Question 8 (Contributory Infringement):** Did Victaulic prove, by a preponderance of the evidence, that ASC indirectly infringed the '796 Patent by contributing to another person or entity's direct infringement of any of the claims of the '796 Patent listed below?

("YES" is a finding in favor of Victaulic, and "NO" is a finding in favor of ASC. *See* Jury Instructions Section ___)

|  | If Yes, choose only one. ||  |
|---|---|---|---|
|  | **YES** (literal infringement) | **YES** (under the doctrine of equivalents) | **NO** |
| Claim 1 |  |  |  |
| Claim 2 |  |  |  |
| Claim 3 |  |  |  |
| Claim 4 |  |  |  |
| Claim 5 |  |  |  |
| Claim 7 |  |  |  |
| Claim 9 |  |  |  |
| Claim 11 |  |  |  |
| Claim 12 |  |  |  |
| Claim 13 |  |  |  |
| Claim 14 |  |  |  |
| Claim 18 |  |  |  |
| Claim 19 |  |  |  |
| Claim 21 |  |  |  |

8

| | | | |
|---|---|---|---|
| Claim 22 | | | |
| Claim 23 | | | |
| Claim 24 | | | |
| Claim 25 | | | |
| Claim 28 | | | |
| Claim 30 | | | |
| Claim 31 | | | |
| Claim 33 | | | |
| Claim 34 | | | |
| Claim 35 | | | |
| Claim 41 | | | |
| Claim 44 | | | |

Continue to the next section.

## III.  FINDINGS ON VALIDITY

**Question 9 (Validity – Indefiniteness):**  Did ASC prove, by clear and convincing evidence, that any of the claims of the '796 Patent listed below are invalid for indefiniteness?

(If you find the claim invalid for indefiniteness, answer "YES," otherwise answer "NO." "YES" is a finding in favor of ASC, and "NO" is a finding in favor of Victaulic. *See* Jury Instructions Section __)

|  | YES | NO |
|---|---|---|
| Claim 1 | | |
| Claim 2 | | |
| Claim 3 | | |
| Claim 4 | | |
| Claim 5 | | |
| Claim 7 | | |
| Claim 9 | | |
| Claim 11 | | |
| Claim 12 | | |
| Claim 13 | | |
| Claim 14 | | |
| Claim 18 | | |
| Claim 19 | | |
| Claim 21 | | |

| | | |
|---|---|---|
| Claim 22 | | |
| Claim 23 | | |
| Claim 24 | | |
| Claim 25 | | |
| Claim 28 | | |
| Claim 30 | | |
| Claim 31 | | |
| Claim 33 | | |
| Claim 34 | | |
| Claim 35 | | |
| Claim 41 | | |
| Claim 44 | | |

Continue to the next section.

11

**Question 10 (Validity – Obviousness):** Did ASC prove, by clear and convincing evidence, that any of the claims of the '796 Patent listed below are invalid for obviousness?

(If you find the claim invalid for obviousness, answer "YES," otherwise answer "NO." "YES" is a finding in favor of ASC, and "NO" is a finding in favor of Victaulic. *See* Jury Instructions Section ___)

|  | YES | NO |
| --- | --- | --- |
| Claim 1 | | |
| Claim 2 | | |
| Claim 3 | | |
| Claim 4 | | |
| Claim 5 | | |
| Claim 7 | | |
| Claim 9 | | |
| Claim 11 | | |
| Claim 12 | | |
| Claim 13 | | |
| Claim 14 | | |
| Claim 18 | | |
| Claim 19 | | |
| Claim 21 | | |
| Claim 22 | | |

| | | |
|---|---|---|
| Claim 23 | | |
| Claim 24 | | |
| Claim 25 | | |
| Claim 28 | | |
| Claim 30 | | |
| Claim 31 | | |
| Claim 33 | | |
| Claim 34 | | |
| Claim 35 | | |
| Claim 41 | | |
| Claim 44 | | |

Continue to the next section.

## IV.  FINDINGS ON DAMAGES AND WILLFULNESS

If you found at least one of the claims of the '796 Patent to be valid and infringed, please answer Questions 12 through 14.

Otherwise, skip to the signature page.

**Question 12 (Damages – Lost Profits):** What amount of damages in lost profits, if any, do you determine would compensate Victaulic for ASC's infringement through trial?

(*See* Jury Instructions Sections __)

$ _____

**Question 13 (Damages – Reasonable Royalty):** For any infringing acts as to which you find Victaulic is not entitled to damages for lost profits, what amount of damages in the form of a reasonable royalty, if any, do you determine would compensate Victaulic for ASC's infringement through trial?

(*See* Jury Instructions Section __)

$ _____

**Question 14 (Willfulness):** Did Victaulic prove by a preponderance of the evidence that ASC's infringement was willful?

(*See* Jury Instructions Section __)

| **YES**<br>(for Victaulic) | **NO**<br>(for ASC) |
|---|---|
|  |  |

You have now reached the end of the verdict form, and you should review it to ensure that it accurately reflects your unanimous determinations. All jurors should then sign the verdict form in the space below and notify the Court Security Officer that you have reached a verdict. The Foreperson should retain possession of the verdict form and bring it to the courtroom with the jury.

Dated: _____

Signed: