# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VICTAULIC COMPANY,<br><br>  Plaintiff,<br><br> v.<br><br>ASC ENGINEERED SOLUTIONS, LLC,<br><br>  Defendant.<br><br>ASC ENGINEERED SOLUTIONS, LLC,<br><br>  Counterclaim-Plaintiff,<br><br> v.<br><br>VICTAULIC COMPANY,<br><br>  Counterclaim-Defendant. | C.A. No. 1:20-cv-00887-GBW |

## STIPULATION [AND PROPOSED ORDER] REGARDING JUDGMENT ON VERDICT AND POST-TRIAL STATUS REPORT

  Plaintiff Victaulic Company and Defendant ASC Engineered Solutions, LLC ("the parties"), by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that by April 28, 2023, the parties will jointly submit (1) a form of order to enter judgment on the verdict; and (2) a joint status report indicating how the parties propose the case should proceed and listing any post-trial motions each party intends to file.

Dated: April 19, 2023

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
|    */s/ Brian P. Egan*                    |    */s/ Cortlan S. Hitch*          |
| Brian P. Egan (#6227) | Kenneth L. Dorsney (#3726) |
| Anthony D. Raucci (#5948) | Cortlan S. Hitch (#6720) |
| 1201 North Market Street | 500 Delaware Avenue, Suite 1500 |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 888-6800 |
| (302) 658-9200 | kdorsney@morrisjames.com |
| began@morrisnichols.com | chitch@morrisjames.com |
| araucci@morrisnichols.com | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | *ASC Engineered Solutions, LLC* |
| *Victaulic Company* | |

**SO ORDERED** this \_\_\_\_ day of _____, 2023.

_____
United States District Judge