IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

VICTAULIC COMPANY,

    Plaintiff,

v.

ASC ENGINEERED SOLUTIONS, LLC,

    Defendant.

ASC ENGINEERED SOLUTIONS, LLC,

    Counterclaim-Plaintiff,

v.

VICTAULIC COMPANY,

    Counterclaim-Defendant.

Civil Action No. 20-887-GBW

## [PROPOSED] JUDGMENT FOLLOWING JURY VERDICT

WHEREAS this action was tried before a jury beginning on April 10, 2023, and the jury having rendered a unanimous verdict on April 14, 2023 (D.I. 348), pursuant to Fed. R. Civ. P. 58(b), IT IS HEREBY ORDERED that:

    1.    Judgment is entered in favor of Defendant ASC Engineered Solutions, LLC ("ASC") and against Plaintiff Victaulic Company ("Victaulic") with respect to direct infringement, contributory infringement, and induced infringement of claims 1, 2, 3, 4, and 9 of U.S. Patent No. 7,712,796 ("the '796 patent"); and

    2.    Judgment is entered in ASC's favor and against Victaulic with respect to ASC's license defense and claim for a declaration of its legal rights under the

1

license grant in the parties' Settlement Agreement.

IT IS FURTHER ORDERED that:

1. ASC shall continue to pay the already-agreed-upon earned royalty equal to a set percentage, as set forth in the parties' Settlement Agreement, of the net sales price of each coupling sold in the SLT products;

2. ASC's unadjudicated counterclaim with respect to the '796 patent is dismissed without prejudice as moot; and

3. The deadline for any party to move for costs and attorneys' fees (including under 35 U.S.C. § 285) is extended to within fourteen (14) days after the time for appeal has expired or within fourteen (14) days after the issuance of the mandate from the appellate court, and no party shall file any such motion before that time.

This judgment is subject to modification following the Court's consideration of any post-trial motions.

SO ORDERED this 8th day of May, 2023.

Hon. Gregory B. Williams
United States District Judge