IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VICTAULIC COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ASC ENGINEERED SOLUTIONS, LLC, )<br>)<br>Defendant. ) | C.A. No. 20-887 (GBW) (JLH) |

**PLAINTIFF VICTAULIC COMPANY'S NOTICE OF APPEAL**

Pursuant to Federal Rule of Appellate Procedure 3(a), notice is hereby given that Plaintiff Victaulic Company ("Victaulic"), appeals to the United States Court of Appeals for the Federal Circuit from this Court's Judgment Following Jury Verdict (D.I. 359) entered on May 8, 2023 and the Partial Judgment (D.I. 153) entered on November 22, 2021, and any and all other underlying orders, opinions, rulings, findings, or conclusions, including the October 18, 2021 Claim Construction Order (D.I. 124), the Court's November 28, 2022 Memorandum Opinion (D.I. 288), and the Court's May 8, 2023 Oral Order (D.I. 358).

Victaulic hereby notifies the clerk of court of the United States Court of Appeals for the Federal Circuit that Victaulic previously filed a consolidated post-trial motion (D.I. 360) pursuant to Federal Rules of Civil Procedure 50(b), 59, and 60 on June 5, 2023. This post-trial motion is a motion listed in Federal Rule of Appellate Procedure 4(a)(4)(A), so Victaulic understands that pursuant to Federal Rule of Appellate Procedure 4(a)(4)(B)(i), this notice of appeal will become effective when the district court fully disposes of that pending post-trial motion.

OF COUNSEL:

Kenneth E. Keller
Colin T. Kemp
Christopher E. Stretch
Alekzandir Morton
Surui Qu
PILLSBURY WINTHROP SHAW
 PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA  94111
(415) 983-1084

Bryan P. Collins
Benjamin L. Kiersz
PILLSBURY WINTHROP SHAW
 PITTMAN LLP
1650 Tysons Boulevard, 14th Floor
McLean, VA  22102-4856
(703) 770-7900

June 7, 2023

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Anthony D. Raucci*

Brian P. Egan (#6227)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
began@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiff Victaulic Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 7, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Kenneth L. Dorsney, Esquire<br>Cortlan S. Hitch, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | VIA ELECTRONIC MAIL |
| Todd E. Jones, Esquire<br>Jeffrey R. Kuester, Esquire<br>Coby S. Nixon, Esquire<br>Seth K. Trimble, Esquire<br>Kelly Mullally, Esquire<br>Cory M. Mull, Esquire<br>TAYLOR ENGLISH DUMA LLP<br>1600 Parkwood Circle, Suite 200<br>Atlanta, GA  30339<br>*Attorneys for Defendant* | VIA ELECTRONIC MAIL |

*/s/ Anthony D. Raucci*

Anthony D. Raucci (#5948)